UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XURUI DENG, a/k/a SHERRY YOUNG,<br><br>Plaintiff,<br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | C.A. NO.: 04-12421JLT |

## JOINT STATEMENT PURSUANT TO
## F.R.C.P. 16(B) AND LOCAL RULE 16.1(D)

The parties in the above-captioned action have conferred and submit the within Joint Statement pursuant to F.R.C.P. 26 and Local Rule 16.1.

### I.   INITIAL DISCLOSURES

The Plaintiff and the Defendant have made the required pre-discovery disclosures pursuant to F.R.C.P. 26(a)(1).

### II.   PRE-TRIAL SCHEDULE

| | | |
|---|---|---|
| 1. | Completions of all written discovery requests | May 1, 2005 |
| 2. | Disclosure of Plaintiff's expert reports | July 15, 2005 |
| 3. | Fact witness depositions completed | June 15, 2005 |
| 4. | Disclosure of Defendant's expert reports | August 15, 2005 |
| 5. | Requests for Admissions served and answered | August 15, 2005 |
| 6. | Expert depositions completed | October 15, 2005 |
| 7. | Dispositive motions filed | November 15, 2005 |
| 8. | Oppositions filed | December 15, 2005 |

| | | |
|---|---|---|
| 9. | ADR completed (if appropriate) | January 15, 2006 |
| 10. | Pre-Trial Conference | As the Court's calendar permits |
| 11. | Trial | As the Court's calendar permits |

### III. TRIAL BY MAGISTRATE JUDGE

The parties have discussed trial by magistrate judge and the parties do not agree to a trial by magistrate judge.

### IV. SETTLEMENT PROPOSALS

The Plaintiff has provided a settlement proposal to the Defendant.

### V. MEDIATION

The parties are agreeable to non-binding mediation if it appears from their respective positions and the posture of the case that mediation would be worthwhile.

### VI. AGENDA FOR SCHEDULING CONFERENCE

The parties propose that the Court address Pre-Trial scheduling at the Conference.

### VII. LOCAL RULE 16.1(D)(3) CERTIFICATIONS

The parties' Local Rule 16.1(D)(3) certifications will be filed prior to the Scheduling Conference in accordance with the Rule.

XURUI DENG
A/k/a SHERRY YOUNG
By Her Attorney,

_____
James F. Ring (#542569)
Chu, Ring & Hazel LLP
49 Melcher Street
Boston, MA 02210
(617) 443-9800
(f) (617) 443-9840

METROPOLITAN LIFE
INSURANCE CO.,
By Its Attorney,

_____
James J. Ciapciak (#552328)
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401
(f) (781) 255-7402