UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

| | |
|---|---|
| XURUI DENG, a/k/a SHERRY YOUNG,<br><br>Plaintiff<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY (a/k/a METLIFE)<br><br>Defendant | Civil Action No.<br>**04-12421-JLT** |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that the Plaintiff has conferred with her counsel in this matter:

a) with a view to establishing a budget for the costs of conducting the full course of litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution.

Respectfully submitted

_____
Sherry Young (Plaintiff)
(A photocopy or facsimile
copy of a signed version of this
document shall have the same
force and effect as the original)

_____
James F. Ring, Esq. (BBO # 542569)
CHU RING & HAZEL, LLP
49 Melcher Street
Boston, Massachusetts 02210
(617) 443-9800 ext 225

*Certificate of Service*

I hereby certify that on this 4th day of January, 2005, I served the foregoing Certification by causing a copy thereof to be sent via telefax and first class mail, postage pre-paid, to counsel of record for all parties.

_____
James F. Ring