UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XURUI DENG, a/k/a SHERRY YOUNG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | *<br>*<br>*<br>*　Civil Action No. 04-12421-JLT<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER

January 6, 2005

TAURO, J.

After the Scheduling Conference held on January 5, 2005, this court hereby orders that:

1. Defendant may depose the officer conducting the investigation of Plaintiff's husband's death by February 28, 2005; and

2. A Further Conference is scheduled for March 15, 2005 at 10:00 a.m.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　United States District Judge