UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

XURUI DENG, a/k/a SHERRY YOUNG, )
            Plaintiff, )
v. )   C.A. NO.: 04-12421JLT
METROPOLITAN LIFE INSURANCE )
COMPANY (a/k/a METLIFE), )
            Defendant. )

## DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26 (a)(1) AND LOCAL RULE 26.1

Defendant, Metropolitan Life Insurance Company ("MetLife"), provides the following required initial disclosures:

### F.R.C.P. 26 (a)(1) Disclosures:

A.   <u>Individuals Likely to Have Discoverable Information:</u>

1.)   James McCarthy, Consultant, CEC Claims Advisory, 485-F US Highway 1 South, 2nd Floor, Iselin, NJ – Mr. McCarthy investigated Plaintiff's claim after the claim was filed.

2.)   Richard J. Medeiros, Regional Supervisor, MetLife Investigation Unit, c/o Metropolitan Life Insurance Company – Mr. Medeiros investigated Plaintiff's claim after the claim was filed.

3.)   Marian Ryan, Office of Middlesex County District Attorney's Office, Cambridge, MA - Ms. Ryan is likely to have information relating to the ongoing criminal investigation into the Insured's death.

4.) Shelby Lyons, c/o Metropolitan Life Insurance Company – investigated Plaintiff's claim after the claim was filed.

5.) Kathleen Ferreira, Approver, Warwick, RI – c/o Metropolitan Life Insurance Company.

6.) Shawn Ainsworth, Home Office Inspector – c/o Metropolitan Life Insurance Company

7.) John Ferencko, c/o Metropolitan Life Insurance Company. Mr. Ferencko investigated Plaintiff's claim after the claim was filed.

B. <u>Documents Relevant to the Disputed Facts</u>:

MetLife has provided copies of all non-privileged documents in its claim file.

C. <u>Damages Computation</u>:

MetLife is not claiming damages related to this cause of action.

D. <u>Insurance Agreements</u>:

Pursuant to Local Rule 26(a)(1)(D), MetLife has provided a copy of the policy of insurance that is the basis of Plaintiff's claim.

## Local Rule 26.1 (B) Additional Disclosures:

A. MetLife identifies the following statements taken from Plaintiff or on behalf of Plaintiff: MetLife states that it has not taken any statements that qualify under this Rule.

B. Plaintiff identifies the following government agencies and officials who have investigated the occurrence giving rise to the claims or defenses:

1.  Middlesex County District Attorney's Office – Cambridge, MA.

Defendant,

METROPOLITAN LIFE INSURANCE COMPANY,

By Its Attorneys,



James J. Ciapciak (BBO # 552328)
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401

## CERTIFICATE OF SERVICE

This certifies that the foregoing document was served via first class mail, postage prepaid, upon all attorneys of record on the **11** day of **Jan**, 2005.

James J. Ciapciak