**CIAPCIAK & ASSOCIATES, P. C.**
ATTORNEYS AT LAW

99 Access Road
Norwood, MA 02062
Tel (781) 255-7401
Fax (781) 255-7402

BOSTON, MA OFFICE
(617) 951-2727

RHODE ISLAND OFFICE
(401) 996-7401

FILED
IN CLERKS OFFICE

2005 FEB -1  P 2: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

January 31, 2005

Judge Tauro's Clerk
United States District Court
District of Massachusetts
1 Court House Way
595 Main Street
Boston, MA 02210

    RE:    **Xurui Deng, a/ka/ Sherry Young v.**
            **Metropolitan Life Insurance Company**
            **USDC Massachusetts**
            **C.A. No. 04-12421JLT**

Dear Judge Tauro:

       This firm represents MetLife. At the January 5, 2005 Status Conference, the Court granted MetLife's request to take the deposition of the officer who investigated the death of MetLife's insured. MetLife contacted the Middlesex County District Attorney's office in order to determine the identity of the investigating officer. Assistant District Attorney Marian Ryan at first informed MetLife's counsel that there was no investigating officer on the case, and that she was in charge of any investigation into the death of Shuangi Zhang.

       MetLife served Assistant District Attorney with a subpoena, but she failed to object or appear on the schedule date of her deposition, January 18, 2005. However, shortly thereafter, Assistant District Attorney Ryan informed the parties that there was in fact an investigating officer involved with the case, Sergeant Ed Forster. MetLife has noticed the deposition of Sergeant Forster to go forward on February 8, 2005.

       Although there is does not appear to be any obstacles to deposing Sergeant Forster before the February 28, 2005 deadline set by the Court, MetLife's counsel believes that, should there be any further delays in completing the deposition, it may be necessary to seek an extension from the Court, hopefully without having to move the March 15, 2005 Scheduling Conference.

January 31, 2005
Page 2 of 2

    Thank you for your attention to this matter.

                                                          Very truly yours,

                                                         James J. Ciapciak

cc: James F. Ring, Esquire