UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XURUI DENG, a/k/a SHERRY YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY <br><br> Defendant. | Civil Action No. 04-12421-JLT |

## MOTION TO QUASH DEPOSITION SUBPOENA SERVED ON SERGEANT EDWARD FORSTER RELATING TO AN OPEN AND UNSOLVED MURDER INVESTIGATION

Sergeant Edward Forster, a non-party, and member of the State Police Unit assigned to the Middlesex County District Attorney's Office, through counsel, hereby moves to quash the subpoena served upon him on or about January 28, 2005 to testify at a deposition in the above-captioned matter. As grounds therefor, Sergeant Forster states that the plaintiff seeks his testimony regarding the investigation of the murder of Shuangi Zhang. Because that murder investigation is still open and unsolved, and because of the critical need to protect the investigative methods, theories, and crime scene and investigative information, this Court should enter an order quashing the subpoena because the testimony of Sergeant Forster must necessarily relate to privileged matters.

A memorandum of law in support of this motion is attached.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        <u>/s Susanne G. Reardon</u>
        Susanne G. Reardon (BBO No. 561669)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200 ext. 2832

Dated: February 9, 2005