UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    FILED
                                IN CLERKS OFFICE

                                2005 FEB 24  P 1: 56

                                U.S. DISTRICT COURT
                                DISTRICT OF MASS
```

XURUI DENG, a/k/a SHERRY YOUNG, )
)
Plaintiff, )
v. ) C.A. NO.: 04-12421JLT
)
METROPOLITAN LIFE INSURANCE )
COMPANY, )
)
Defendant. )

### DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S ASSENTED TO MOTION TO EXTEND THE DEADLINE TO CONDUCT A DEPOSITION

Defendant, Metropolitan Life Insurance Company ("MetLife"), moves this Court to issue an Order Extending by thirty days the deadline to complete the deposition of Sgt. Edward Forster of the Massachusetts State Police. As grounds for this motion, MetLife states:

1. At the January 5, 2005 Scheduling Conference, the Court set a February 25, 2005 deadline for MetLife to take a deposition, and it informed the parties that no extension will be granted on this deadline unless a written Motion to Extend the Deadline is filed with the Court prior to February 25, 2005.

2. MetLife has twice scheduled depositions to go forward. In each occasion, the deponents did not appear.

3. The Middlesex District Attorney's Office has filed a Motion to Quash both Subpoenas. MetLife has filed its own Motion to Compel the deposition.

4. The Oppositions to both Motions are due within days of the February 25, 2005 deadline, making it unlikely that an Order will issue for the deposition to occur before the deadline runs.

5. Plaintiff's counsel assents to the allowance of this Motion but does not adopt any representations contained within MetLife's Motion to Extend.

In further support of this Motion, Defendant refers to the Memorandum in Support of the Motion to Extend, filed herewith.

**WHEREFORE**, MetLife requests that the Court issue an Order (contingent on the Court's Rulings on the Motion to Compel and Motion to Quash) extending the deadline to depose Sgt. Edward Forster by thirty days.

Defendant,
METROPOLITAN LIFE INSURANCE COMPANY,
By Its Attorneys,

_____
James J. Ciapciak (BBO # 552328)
Joseph R. Daigle (BBO # 564203)
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401

Assent:

James Ring (3RD)
James F. Ring, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served by mail upon Counsel of Record on February 23, 2005.

_____
James J. Ciapciak

2