UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 24  P 1:56

U.S. DISTRICT COURT
DISTRICT OF MASS.

XURUI DENG, a/k/a SHERRY YOUNG, )
)
Plaintiff, )
v. ) C.A. NO.: 04-12421JLT
)
METROPOLITAN LIFE INSURANCE )
COMPANY, )
)
Defendant. )

**DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S
MEMORANDUM IN SUPPORT OF ITS MOTION TO EXTEND
THE DEADLINE TO CONDUCT A DEPOSITION**

Defendant, Metropolitan Life Insurance Company ("MetLife"), moves this Court to issue an Order Extending by thirty days the deadline to complete the deposition of Sgt. Edward Forster of the Massachusetts State Police.

### BACKGROUND

At the January 5, 2005 Scheduling Conference in this matter, MetLife informed the Court of its intention to depose the officer in charge of the investigation of the death of Shuangi Zhang, the insured under the Policy at issue in this case. The Court set a February 25, 2005 deadline for this deposition to go forward. The Court also informed the parties that no extension would be granted on this deadline unless a written Motion to Extend the Deadline was filed with the Court prior to February 25, 2005.

MetLife served a subpoena for a January 18, 2005 deposition upon Middlesex County Assistant District Attorney Marian Ryan, who was handling the investigation into Mr. Zhang's death. (Prior to being served with the subpoena, ADA Ryan had informed

MetLife's counsel that she was the only person currently working on the investigation.) (A copy of the Subpoena is attached hereto as Exhibit "A.") ADA Ryan failed to appear for the scheduled deposition and did not move to quash the subpoena at that time. Subsequently, however, she informed counsel that there was a State Trooper handling the investigation, Sgt. Edward Forster.

MetLife promptly noticed the deposition of Trooper Forster to go forward on February 8, 2005. (A copy of the Subpoena is attached hereto as Exhibit "B.") MetLife also notified the Court by letter dated January 31, 2005 of the difficulties it was having in taking the deposition. (A copy of the letter is attached hereto as Exhibit "C.")

On February 4, 2005, the Massachusetts Attorney General's Office informed MetLife's counsel that it planned to oppose MetLife's subpoena of Sgt. Forster and that Sgt. Forster would not appear for the February 8, 2005 deposition. On February 9, 2005 the Middlesex District Attorney's Office filed a Motion to Quash the Subpoena.

## ARGUMENTS

Neither the Attorney General's Office nor the Middlesex County District Attorney's Office filed a Motion to Quash in this matter until February 9, 2005. Although MetLife will file its Opposition to the Motion to Quash before the February 23 due date, even if the Court rules in MetLife's favor immediately upon receiving the Opposition, it remains unclear whether the parties will have sufficient time to complete the deposition prior to the February 25, 2005 deadline.

***WHEREFORE***, MetLife requests that the Court issue an Order extending the

deadline to depose Sgt. Edward Forster by 30 days.

                Defendant,

                METROPOLITAN LIFE INSURANCE COMPANY,

                By Its Attorneys,

                _____
                James J. Ciapciak (BBO # 552328)
                Joseph R. Daigle (BBO # 564203)
                CIAPCIAK & ASSOCIATES, P.C.
                99 Access Road
                Norwood, MA 02062
                (781) 255-7401

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing document was served by mail upon Counsel of Record on February ___, 2005.

                _____
                James J. Ciapciak

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XURUI DENG, a/k/a SHERRY YOUNG,<br><br>Plaintiff,<br>v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY (a/k/a METLIFE),<br><br>Defendant. | C.A. NO.: 04-12421JLT |

## SUBPOENA DUCES TECUM

To:   Marian Ryan
      Middlesex County District Attorney's Office
      40 Thorndike Street
      Cambridge, MA 02141

**Greetings:**

YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rules 30 and 45 of the Federal Rules of Civil Procedure to appear and testify on behalf of **Defendant Metropolitan Life Insurance Company** before a Notary Public of the Commonwealth, at the office of **CIAPCIAK & ASSOCIATES, P.C.**, Attorney James J. Ciapciak, 99 Access Road, Norwood, Massachusetts on the **18th day of January, 2005** and to bring with you all documents listed in Schedule "A" attached hereto.

HEREOF FAIL NOT AS YOU WILL ANSWER YOUR DEFAULT UNDER THE PAINS AND PENALTIES OF THE LAW.

_____
James J. Ciapciak, BBO No. 552328
Joseph N. Daigle, BBO No. 564203
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401

Dated: January 11, 2005

_____
Notary Public
My Commission Expires: 4/12/07

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

XURUI DENG, a/k/a SHERRY YOUNG,

Plaintiff,

v.

C.A. NO.: 04-12421JLT

METROPOLITAN LIFE INSURANCE
COMPANY (a/k/a METLIFE),

Defendant.

A TRUE COPY ATTEST
DAVID D. AYLES, PROCESS SERVER
AND DISINTERESTED PERSON

## SUBPOENA DUCES TECUM

To: Sgt. Edward Forster
Middlesex County District Attorney's Office
40 Thorndike Street
Cambridge, MA 02141

Greetings:

YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rules 30 and 45 of the Federal Rules of Civil Procedure to appear and testify on behalf of **Defendant Metropolitan Life Insurance Company** before a Notary Public of the Commonwealth, at the office of **CIAPCIAK & ASSOCIATES, P.C.**, Attorney James J. Ciapciak, 99 Access Road, Norwood, Massachusetts on the **8th day of February, 2005** and to bring with you all documents listed in Schedule "A" attached hereto.

HEREOF FAIL NOT AS YOU WILL ANSWER YOUR DEFAULT UNDER THE PAINS AND PENALTIES OF THE LAW.

James J. Ciapciak, BBO No. 552328
Joseph R. Daigle, BBO No. 564203
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401

Dated: January 27, 2005

MAUREEN GRAZIANO
Notary Public
My Commission Expires
7-1-05
Commonwealth of Massachusetts

Notary Public
My Commission Expires:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XURUI DENG, a/k/a SHERRY YOUNG,<br><br>Plaintiff,<br>v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY (a/k/a METLIFE),<br><br>Defendant. | C.A. NO.: 04-12421JLT |

## NOTICE OF DEPOSITION

TO: James F. Ring
Chu, Ring & Hazel, LLP
49 Melcher Street
Boston, MA 02210

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendant Metropolitan Life Insurance Company will take the deposition of **EDWARD FORSTER**, commencing at **10:00 a.m. on February 8, 2005**, at the offices of Ciapciak & Associates, P.C., 99 Access Road, Norwood, MA 02062 before an officer authorized by law to administer oaths. The deposition will continue from day to day until completed. The topics to be discussed are detailed in Schedule "A," attached.

Furthermore, Sgt. Forster will be commanded to bring with him to the deposition those items listed in Schedule "B" attached hereto.

Defendant,

Metropolitan Life Insurance Co.,

By Its Attorney,

_____
James J. Ciapciak (BBO#552328)
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served on all counsel of record on January 27, 2005 via first class mail, postage prepaid.

_____
James J. Ciapciak

JANUARY 31, 2005

# *QUICKSERV*
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day summoned the within named* SGT. EDWARD FORSTER
MIDDLESEX COUNTY
D.A.'S OFFICE

*to appear as within directed by delivering to* TROOPER WILLIAM DONOHUE, FRONT DESK, 10:55 AM

**X** *in hand, or*
*leaving at last and usual place of abode, to wit:*

*No.* 40 THORNDIKE STREET
*in the* CAMBRIDGE   *District of said* MIDDLESEX   *County an attested copy of the subpoena together with* $ 50   *fees for attendance and travel*

| | |
|---|---|
| Service and travel | 28 |
| Paid Witness | 50 |

it being necessary I actually used a motor vehicle in the distance of 10 miles in the service of this process

*Barry Bernard*
Process Server

CIAPCIAK
&
ASSOCIATES, P. C.

ATTORNEYS AT LAW

BOSTON, MA OFFICE
(617) 951-2727

RHODE ISLAND OFFICE
(401) 996-7401

99 Access Road
Norwood, MA 02062
Tel (781) 255-7401
Fax (781) 255-7402

January 31, 2005

Judge Tauro's Clerk
United States District Court
District of Massachusetts
1 Court House Way
595 Main Street
Boston, MA 02210

RE:  Xurui Deng, a/ka/ Sherry Young v.
     Metropolitan Life Insurance Company
     USDC Massachusetts
     C.A. No. 04-12421JLT

Dear Judge Tauro:

This firm represents MetLife. At the January 5, 2005 Status Conference, the Court granted MetLife's request to take the deposition of the officer who investigated the death of MetLife's insured. MetLife contacted the Middlesex County District Attorney's office in order to determine the identity of the investigating officer. Assistant District Attorney Marian Ryan at first informed MetLife's counsel that there was no investigating officer on the case, and that she was in charge of any investigation into the death of Shuangi Zhang.

MetLife served Assistant District Attorney with a subpoena, but she failed to object or appear on the schedule date of her deposition, January 18, 2005. However, shortly thereafter, Assistant District Attorney Ryan informed the parties that there was in fact an investigating officer involved with the case, Sergeant Ed Forster. MetLife has noticed the deposition of Sergeant Forster to go forward on February 8, 2005.

Although there is does not appear to be any obstacles to deposing Sergeant Forster before the February 28, 2005 deadline set by the Court, MetLife's counsel believes that, should there be any further delays in completing the deposition, it may be necessary to seek an extension from the Court, hopefully without having to move the March 15, 2005 Scheduling Conference.

January 31, 2005
Page 2 of 2

Thank you for your attention to this matter.

Very truly yours,

James J. Ciapciak

cc: James F. Ring, Esquire



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

February 4, 2005

VIA TELECOPIER (781) 255-7402

Joseph R. Daigle, Esq.
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA 02062

RE: Xurui Deng, a/k/a Sherry Young v. Metropolitan Life Ins. Co.
USDC Civil Action No. 04-12421-JLT

Dear Mr. Daigle:

I write to confirm that, in accordance with our telephone conversation this afternoon, you have agreed to postpone the deposition of Sgt. Edward Forster, currently scheduled for Tuesday, February 8, 2005 at 10:00 A.M., in order that we may determine the appropriate course to take in this matter.

As we discussed, I have assigned this case to Susanne Reardon, an assistant attorney general in the Appellate Division. She will contact you next week to discuss this matter further.

Very truly yours,

Cathryn A. Neaves
Assistant Attorney General
Criminal Bureau