UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| XURUI DENG, a/k/a SHERRY YOUNG, | ) | Civil Action No. |
|  | ) | **04-12421-JLT** |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| METROPOLITAN LIFE INSURANCE | ) |  |
| COMPANY (a/k/a METLIFE) | ) |  |
|  | ) |  |
| Defendant | ) |  |

### JOINT REQUEST FOR ORAL ARGUMENT

Now come counsel of record for all parties who presently have motions pending before the Court in the above-captioned matter and respectfully request that the Court conduct a hearing on those motions during the conference that the Court previously scheduled in this matter for 10:00 AM on March 15, 2005, or at such other time and on such other date as the Court may deem appropriate.

The motions presently pending in the above-captioned action are:

1) *Motion to Quash Deposition Subpoena Served on Sergeant Edward Forster Relating to an Open and Unsolved Murder Investigation* (filed by the Massachusetts Attorney General's Office and dated February 9, 2005), which is the subject of an Opposition filed by the Defendant Metropolitan Life Insurance Company and dated February 18, 2005.

2) *Defendant Metropolitan Life Insurance Company's Motion to Compel* (filed by the Defendant and dated February 15, 2005), which is the subject of an Opposition filed by the Defendant on February 28, 2005.

3) *Assented to Motion to Extend the Deadline to Conduct Depositions* (filed by the Defendant and assented to by the Plaintiff, dated February 23, 2005)

4) *Assented to Motion to For Leave to File a Reply Brief* (filed by the Defendant and assented to by the Plaintiff, dated March 2, 2005).

5) *Assented to Motion to For Leave to File a Sur-Reply Brief* (filed by the Plaintiff and assented to by the Defendant, dated March 3, 2005).

Wherefore counsel of record for all parties respectfully request that the Court conduct a hearing on those motions during the conference that the Court previously scheduled in this matter for 10:00 AM on March 15, 2005, or at such other time and on such other date as the Court may deem appropriate.

James F. Ring, Esq. (BBO # 542569)
CHU, RING & HAZEL, LLP.
49 Melcher Street
Boston, MA 02210
(617) 443-9800 x 225
(Counsel for the Plaintiff)

Susanne G. Reardon (BBO # 561669)
ASSISTANT ATTORNEY GENERAL
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200 ext. 2832
(Office of Attorney General Tomas F. Reilly)

James J. Ciapciak (BBO # 552328)
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401
Counsel for the Defendant)

*Certificate of Service*

I hereby certify that on this 3rd day of March, 2005, I served the foregoing Joint Request for Oral Argument by causing a copy thereof to be sent via telefax and first class trial, postage pre-paid, to al counsel who have filed appearances in this matter.

James F. Ring