UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

| | |
|---|---|
| XURUI DENG, a/k/a SHERRY YOUNG,)<br>)<br>Plaintiff)<br>)<br>v.)<br>)<br>METROPOLITAN LIFE INSURANCE)<br>COMPANY (a/k/a METLIFE))<br>)<br>Defendant)<br>) | Civil Action No.<br>**04-12421-JLT** |

**PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE TO FILE SUR-REPLY**

*I. Introduction*

Now comes the Plaintiff and respectfully requests that it be allowed to file a Sur-Reply on or before March 9, 2005 in response to the Reply Brief filed by the Defendant on March 2, 2005 and styled as "Metropolitan Life Insurance Company's Reply Brief Regarding the Motion to Compel."

As grounds for this Motion, the Plaintiff states that Defendant's Reply Brief raises issues that were not previously raised and that were not anticipated by the Plaintiff, and that the filing of a Sur-Reply will be of assistance to the Court in its consideration of these issues.

The Defendant has indicated its consent of the filing of Sur-Reply by the Defendant, but notes that its assent is only for the filing of the Sur-Reply, rather than to any of its contents.

Wherefore the Plaintiff respectfully requests leave to file a Sur-Reply on or before March 9, 2005 in response to the Reply Brief filed by the Defendant on March 2, 2005.

Respectfully submitted
By her attorneys,

_____
James F. Ring, Esq. (BBO # 542569)
CHU RING & HAZEL, LLP
49 Melcher Street
Boston, Massachusetts 02210
(617) 443-9800 ext 225

Assented to:

_____
James J. Ciapciak (BBO # 552328)
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401
Counsel for the Defendant)

*Certificate of Service*

*I hereby certify that on this 3rd day of March, 2005, I served the foregoing Motion for Leave to file a Sur-Reply by causing a copy thereof to be sent via telefax and first class mail, postage pre-paid, to counsel of record for all parties.*

_____
*James F. Ring*

2