UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| XURUI DENG, a/k/a SHERRY YOUNG, | * | |
|     Plaintiff, | * | |
| | * | Civil Action No. 04-12421-JLT |
| v. | * | |
| | * | |
| METROPOLITAN LIFE INSURANCE | * | |
| COMPANY, | * | |
|     Defendant. | * | |

ORDER

March 15, 2005

TAURO, J.

After the Conference held on March 15, 2005, this court hereby orders that:

1. As discussed in open court, Assistant Attorney General Susanne G. Reardon shall submit the affidavit of Sergeant Edward Forster by March 29, 2005;

2. Plaintiff may take a Rule 30(b)(6) deposition of Defendant by April 29, 2005;

3. Motion to Quash Deposition Subpoena Served on Sergeant Edward Forster [#12] is ALLOWED AS MOOT;

4. Defendant Metropolitan Life Insurance Company's Motion to Compel [#14] is DENIED AS MOOT;

5. Defendant Metropolitan Life Insurance Company's Assented to Motion to Extend the Deadline to Conduct a Deposition [#17] is DENIED AS MOOT; and

6. A Further Conference is scheduled for May 19, 2005 at 12:00 p.m.

IT IS SO ORDERED.

                                              /s/ Joseph L. Tauro
                                              United States District Judge