UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

XURUI DENG, a/k/a SHERRY YOUNG, )
)
Plaintiff, )
v. )                                 C.A. NO.: 04-12421JLT
)
METROPOLITAN LIFE INSURANCE )
COMPANY, )
)
Defendant. )

## WITHDRAWAL OF APPEARANCE

I, Joseph R. Daigle, hereby withdraw my appearance on behalf of the Plaintiff in the above-entitled matter. Attorney James J. Ciapciak shall remain as counsel of record on behalf of the Plaintiff.

By Its Attorneys,

/s/ Joseph R. Daigle
Joseph R. Daigle, BBO #564203
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA 02062
(p) 781-255-7401
(f) 781-255-7402

## CERTIFICATE OF SERVICE

This certifies that the foregoing document was served via first class mail, postage prepaid, upon counsel on this 14th day of March, 2005.

/s/ Joseph R. Daigle