CIAPCIAK
&
ASSOCIATES, P. C.

ATTORNEYS AT LAW

99 Access Road
Norwood, MA 02062
Tel (781) 255-7401
Fax (781) 255-7402

BOSTON, MA OFFICE

RHODE ISLAND OFFICE

June 7, 2005

Civil Clerk's Office
United States District Court
District of Massachusetts
1 Court House Way
595 Main Street
Boston, MA 02210

    **RE:**   **Xurui Deng, a/ka/ Sherry Young v.**
           **Metropolitan Life Insurance Company**
           **USDC Massachusetts**
           **C.A. No. 04-12421JLT**

Dear Sir or Madam:

    Please be advised that the above matter was settled by way of Mediation on June 1, 2005. We will forward to the Court a Stipulation of Dismissal as soon as it has been properly executed.

    Thank you.

Very truly yours,



James J. Ciapciak

JJC:mmg
cc: James F. Ring