UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XURUI DENG, a/k/a SHERRY YOUNG, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>METROPOLITAN LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>) | C.A. NO.: 04-12421JLT |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

The parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1), that this matter will be dismissed with prejudice. Each party shall bear their own fees and costs. The parties further stipulate that Metropolitan Life Insurance Company ("MetLife") is discharged from any and all liability from any claim brought, or that could have been brought, under the Temporary Insurance Agreement.



| Plaintiff,<br>Xurui Deng, a/k/a Sherry Young | Defendant,<br>Metropolitan Life Insurance Company |
|---|---|
| James F. Ring, Esq.<br>Chu, Ring and Hazel, LLP<br>49 Melcher Street<br>Boston, MA 02210<br>(617) 443-9800<br>BBO No. 542569 | James J. Ciapciak, Esq.<br>Ciapciak & Associates, PC<br>99 Access Road<br>Norwood, MA 02062<br>(781) 255-7401<br>BBO No: 552328 |



Case 1:04-cv-12421-JLT    Document 31    Filed 06/14/2005    Page 2 of 2