UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| XURUI DENG, a/k/a SHERRY YOUNG,<br><br>    Plaintiff,<br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | C.A. NO.: 04-12421JLT |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1), that this matter will be dismissed with prejudice. Each party shall bear their own fees and costs. The parties further stipulate that Metropolitan Life Insurance Company ("MetLife") is discharged from any and all liability from any claim brought, or that could have been brought, under the Temporary Insurance Agreement.

**Plaintiff,**
Xurui Deng, a/k/a Sherry Young

_____
James F. Ring, Esq.
Chu, Ring and Hazel, LLP
49 Melcher Street
Boston, MA 02210
(617) 443-9800
BBO No. 542569

**Defendant,**
Metropolitan Life Insurance Company

_____
James J. Ciapciak, Esq.
Ciapciak & Associates, PC
99 Access Road
Norwood, MA 02062
(781) 255-7401
BBO No: 552328

APPROVED
/s/ 6/27/05